**F I L E D**
CLERK, U.S. DISTRICT COURT
06/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:24-cr-00071-JWH |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 32(a)(1), (8): Attempting to Damage, Destroy, Disable, or Wreck an Aircraft; 18 U.S.C. §§ 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| JUSTIN DEREK JENNINGS, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 32(a)(1), (8)]

On or about March 9, 2024, in Orange County, within the Central District of California, defendant JUSTIN DEREK JENNINGS knowingly and willfully attempted to damage, destroy, disable, and wreck aircraft N185SD, an Airbus H125 helicopter operated by the Orange County

//

//

1  Sheriff's Department, an aircraft in the special aircraft
2  jurisdiction of the United States.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to such offense; and

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense;

(C) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                         /s/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CAITLIN J. CAMPBELL
Assistant United States Attorney
Santa Ana Branch Office